UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LEARY SHORT,

    Plaintiff,

v.        Case No. 8:09-cv-114-T-30MAP

BRYN-ALAN STUDIOS, INC.,

    Defendant.
_____/

**ORDER OF DISMISSAL**

Before the Court is the Notice of Dismissal With Prejudice (Dkt. #19). In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed with prejudice.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on August 31, 2009.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2009\09-cv-114.dismissal 19.wpd